IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated,<br>    Plaintiffs<br><br>v.<br><br>GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS.<br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-1831<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs, Alicia Rodriguez, Jose Rodriguez, Martin De La Rosa and Sylvia De La Rosa, individually and on behalf of all others similarly situated (hereinafter "Plaintiffs") hereby certify the following to be parties, associations of parties, firms, partnerships, corporations, affiliates, parent corporations, or other entities known by them to be financially interested in the outcome of the litigation in this case.

   1. Alicia Rodriguez, Plaintiff;

   2. Jose Rodriguez, Plaintiff;

   3. Martin De La Rosa, Plaintiff;

   4. Sylvia De La Rosa, Plaintiff;

   3. All other similarly situated workers of the Defendants;

   4. Charles M. R. Vethan, The Vethan Law Firm, P.C., Counsel for Plaintiffs;

   5. Sylvia Ngo, The Vethan Law Firm, P.C., Of Counsel for Plaintiffs;

6. Gold & Silver Buyers, Inc., Defendant

7. Brian Culwell, Defendant;

8. Gold & Silver Sellers, Inc., Defendant; and

9. Graymeiren Holdings, LLC d/b/a Gold & Silver Buyers, defendant.

    Respectfully submitted,

    THE VETHAN LAW FIRM, PC

    By: /s/ Charles M. R. Vethan
    Charles M.R. Vethan
    State Bar No. 00791852
    3501 Allen Parkway
    Houston, TX 77019
    Telephone: (713) 526-2222
    Facsimile: (713) 526-2230

    ATTORNEY IN CHARGE FOR PLAINTIFFS & CLASS MEMBERS

OF COUNSEL:
Sylvia Ngo
State Bar No. 24067100
The Vethan Law Firm
3501 Allen Parkway
Houston, TX 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230