IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated,<br>　　　Plaintiffs<br><br>v.<br><br>GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS.<br>　　　Defendants. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:12-CV-1831<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' REQUEST TO RESCHEDULE ORDER FOR CONFERENCE

Plaintiffs, Alicia Rodriguez, Francisco Garza, Martin De La Rosa and Sylvia De La Rosa, on Behalf of Themselves and All Others Similarly Situated, respectfully file this request to reschedule the Order for Conference, and will show as follows:

The Order for Conference in this case is currently set for October 3, 2012 at 10:00am. Plaintiffs have been unable to successfully serve the Defendants with suit in this cause. The undersigned counsel for Plaintiffs have attempted to contact Defendants' counsel regarding a waiver of citation. A waiver of service has not yet been signed.

Because of Plaintiff's unsuccessful attempts to serve the Defendants, Plaintiffs intend to file its Motion for Alternative Service on Defendants Gold & Silver Buyers, Inc., Brian Culwell, Gold & Silver Sellers, Inc. and Graymeiren Holdings, LLC d/b/a Gold & Silver Buyers.

Because the Plaintiffs have not yet been able to serve Defendants with process, Plaintiffs respectfully request that the Order for Conference be continued for thirty (30) days to allow service o

suit be accomplished on the Defendants. Plaintiffs' request for this conference to be reset is not for the purposes of delay, but so that justice may be achieved.

## PRAYER

For these reasons, Plaintiffs and All Other Similarly Situated respectfully request that the Order for Conference be rescheduled and for such other relief to which Plaintiffs may be entitled, at law or in equity.

        Respectfully submitted,

        THE VETHAN LAW FIRM, PC

        By: /s/ Charles M. R. Vethan
        Charles M.R. Vethan
        State Bar No. 00791852
        3501 Allen Parkway
        Houston, TX 77019
        Telephone: (713) 526-2222
        Facsimile: (713) 526-2230

        ATTORNEY IN CHARGE FOR PLAINTIFFS & CLASS MEMBERS

OF COUNSEL:
The Vethan Law Firm
3501 Allen Parkway
Houston, TX 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230

## **CERTIFICATE OF SERVICE**

      I hereby certify that, a true and correct of copy of the foregoing document was served on all parties, represented through counsel or pro se, on this 27th day of September, 2012, as follows:

Andrew Golub                      *Via ECF*
DOW GOLUB REMELS & BEVERLY, LLP
Nine Greenway Plaza, Ste. 500
Houston, Texas 77046
Facsimile: (713) 526-2230

                                       /S/ charlesmrvethan
                                       Charles M.R. Vethan