UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Alicia Rodriguez, et al.

v.   Case No.: 4:12−cv−01831
     Judge Melinda Harmon

Gold & Silver Buyers, Inc., et al.
           Defendant

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/16/13

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   October 2, 2012

David J. Bradley, Clerk