## CONSENT TO BECOME A PARTY PLAINTIFF TO
## GOLD & SILVER BUYERS LAWSUIT

First Name: Denise
Last Name: Villarreal

1. I consent and agree to pursue my claims for unpaid and/or minimum wage through the lawsuit filed against my employer.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act and/or state labor and employment laws. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.
3. I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action.
4. IF SOMEONE ELSE SERVES AS THE CLASS REPRESENTATIVE (S), THEN I DESIGNATE THE CLASS REPRESENTATIVES AS MY AGENTS TO MAKE DECISIONS ON MY BEHALF CONCERNING THE LITIGATION, THE METHOD AND MANNER OF CONDUCTING THE LITIGATION, THE ENTERING OF AN AGREEMENT WITH THE PLAINTIFFS' COUNSEL CONCERNING ATTORNEY'S FEES AND COSTS, AND ALL OTHER MATTERS PERTAINING TO THIS LAWSUIT.
5. In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

(Signature) Denise Villarreal   (Date) 10/3/12

EXHIBIT D