IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated,<br>    Plaintiffs<br><br>v.<br><br>GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS.<br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-1831<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' OCTOBER 10, 2012 NOTICE OF FILING OF CONSENT FORMS

Pursuant to 29 U.S.C. § 216 (b), the following individuals hereby submit these written Notice of Consents:
1. Jenny Fernandez

> THE VETHAN LAW FIRM, PC
>
> By: /s/ Charles M. R. Vethan
> Charles M.R. Vethan
> State Bar No. 00791852
> 3501 Allen Parkway
> Houston, TX 77019
> Telephone: (713) 526-2222
> Facsimile: (713) 526-2230
>
> ATTORNEY IN CHARGE FOR PLAINTIFFS & CLASS MEMBERS

OF COUNSEL:
Sylvia Ngo
State Bar No. 24067100
The Vethan Law Firm
3501 Allen Parkway
Houston, TX 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230