IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated,<br>　　　Plaintiffs<br><br>v.<br><br>GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS.<br>　　　Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-1831<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE AND MOTION FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS

The Court, having considered the Plaintiffs' Motion for Alternative Service and Motion for Additional Time to Effect Service on Defendants, finds that personal service of process on the Defendants has not been successful. Plaintiffs have attempted service on Brian Culwell, individually, and on the entity Defendants through its registered agent, Amelia Culwell, at their last known usual place of abode and business. The manner of service ordered herein will be reasonably effective to give said defendants notice of the lawsuit.

The Court further finds that, in light of the history of attempts at personal service of citation, Plaintiffs are unable to serve the defendants within one hundred twenty days (120) days of filing the complaint. The Court finds that good cause exists to extend time for twenty (20) days after the signing of this Order to effectuate service by means of alternate service ordered herein.

IT IS THERFORE ORDERED that service of process may be made upon the above named Defendants, by affixing a true copy of the Complaint, Citation, and Order authorizing alternate

service at the door of Brian Culwell and Amelia Culwell's last known usual place of abode at **9811 Stone Bridge Lake, Dr. Tomball Texas 77378**, AND leaving with anyone over the age of sixteen (16) at **1122 Spring Cypress, Spring TX 77373**, which is the registered address of the Defendant entities' registered agent, AND 3) by serving the Texas Secretary of State pursuant to TEX. BUS. ORG. CODE. 5.252.

IT IS FURTHER ORDERED that to effectuate service, Plaintiffs are given an additional twenty (20) days to serve the Defendants by the alternate methods of service stated herein.

Dated  October 19, 2012

_____
UNITED STATES DISTRICT JUDGE