CIVIL ACTION NO. 4:12-CV-1831

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated | § § § § § | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| vs. | § § | |
| GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS. | § § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 2 6 2012

David J. Bradley, Clerk of Court

## AFFIDAVIT

Before me, the undersigned authority, personally appeared **V. CLIFFORD IGAL**, who swore under oath that the following facts are true and correct:

"My name is **V. CLIFFORD IGAL**. I am a private process server authorized by the Supreme Court of Texas. My authorization number is **SCH000009724** and my expiration date is **6/30/15**.

My address is: 6815 Northampton Way

Houston, Texas 77055

My phone is: 713-688-9300

This Summons for Gold & Silver Buyers, Inc. came to my hand on October 22, 2012 (Date) at 2:15 p.m. (time).

I delivered **IN PERSON** a true and correct copy of the Summons and the attached **ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE AND MOTION FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS,**

PLAINTIFF'S ORIGINAL COMPLAINT & JURY DEMAND AND ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES to ANDY MOTALVO, who is over the age of (16) sixteen, located at 1122 SPRING CYPRESS, SPRING, TEXAS 77373 at 3:58 p.m. October 22, 2012.

I am not a party to this case nor am I related to, employed by, or otherwise connected to (other than having been retained to serve process in this case) any party or any party's attorney in this case; and I have no interest in the outcome of this lawsuit.

I am over the age of eighteen (18) years of age. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude."

_____
V. Clifford Igal

_____
Printed Name & Authorization No.
SCH 00000 9724 Exp 6/30/15

On this day personally appeared **V. CLIFFORD IGAL** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 22[th] day of October, 2012.

_____
Notary Public

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, On Behalf of Themselves and All Others Similarly Situated,

*Plaintiff*

v.

Gold & Silver Buyers, Inc., Brian Culwell, Gold & Silver Sellers, Inc., Graymeiren Holdings, LLC d/b/a Gold & Silver Buyers,

*Defendant*

Civil Action No. 4:12 - CV - 01831

## SUMMONS IN A CIVIL ACTION

To: Gold & Silver Buyers, Inc.
Registered Agent: Graymeiren Holdings, LLC
1122 Spring Cypress
Spring, Texas 77373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles M. R. Vethan of The Vethan Law Firm, P.C.

3501 Allen Parkway
Houston, TX 77019
Tel: 713-526-2222
Fax: 713-526-2230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: JUN 22 2012

*(Signature of Clerk or Deputy Clerk)*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gold & Silver Buyers, Inc. by and through Registered Agent
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

    See Attached Affidavit

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____        _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc: