AO 440 (Rev. 2/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, On Behalf of Themselves and All Others Similarly Situated,

*Plaintiff*

v.

Gold & Silver Buyers, Inc., Brian Culwell, Gold & Silver Sellers, Inc., Graymeiren Holdings, LLC d/b/a Gold & Silver Buyers,

*Defendant*

Civil Action No. 4:12 - CV - 01831

## SUMMONS IN A CIVIL ACTION

To: Gold & Silver Sellers, Inc.
Registered Agent: Graymeiren Holdings, LLC
1122 Spring Cypress
Spring, Texas 77373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles M. R. Vethan of The Vethan Law Firm, P.C.

3501 Allen Parkway
Houston, TX 77019
Tel: 713-526-2222
Fax: 713-526-2230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: JUN 22 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gold & Silver Sellers, Inc. by and through Registered Agent

was received by me on *(date)* 10/26/12

☑ I personally ~~served~~ delivered the summons on the individual at *(place)* 9811 Stonebridge Lake Drive, Tombull, Texas (77373) & posted it at front entrance on *(date)* 10/27/12 ; or per court order

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/27/12 12:50 pm

*Server's signature* Raul Roy Diaz, Jr.    SCH#0421  9-30-2014

*Printed name and title* Raul 'Roy' Diaz, Jr. — private process server

*Server's address* 6623 Deer Ridge Lane, Houston, Texas (77086)

Additional information regarding attempted service, etc: