IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICIA RODRIGUEZ, JOSE RODRIGUEZ, MARTIN DE LA ROSA, SYLVIA DE LA ROSA, on Behalf of Themselves and All Others Similarly Situated,<br>　　　Plaintiffs<br><br>v.<br><br>GOLD & SILVER BUYERS, INC, BRIAN CULWELL, GOLD & SILVER SELLERS, INC., and GRAYMEIREN HOLDINGS, LLC d/b/a GOLD & SILVER BUYERS.<br>　　　Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-1831<br><br>JURY TRIAL DEMANDED |

## <u>PLAINTIFFS' NOVEMBER 9, 2012 NOTICE OF FILING OF CONSENT FORMS</u>

Pursuant to 29 U.S.C. § 216 (b), the following individual hereby submits his written Notice of Consent:

Patrick Clark

THE VETHAN LAW FIRM, PC

By: /s/ Charles M. R. Vethan
Charles M.R. Vethan
State Bar No. 00791852
3501 Allen Parkway
Houston, TX 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230

ATTORNEY IN CHARGE FOR
PLAINTIFFS & CLASS MEMBERS

OF COUNSEL:
Sylvia Ngo
State Bar No. 24067100
The Vethan Law Firm
3501 Allen Parkway
Houston, TX 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230